IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BERNICE NEAVE RIOS | * | |
| v. | * | CIVIL ACTION NO: _____ |
| Anthony J. Blinken, Secretary UNITED STATES DEPARTMENT OF STATE | * | |

### FEDERAL DECLARATORY RELIEF COMPLAINT

COMES, BERNICE NEAVE RIOS, complainant herein and files this his original complaint against the UNITED STATES DEPARTMENT OF STATE under 8 U.S.C. 1503(a); 5 U.S.C. Section 704 and the Declaratory Judgment Act would show this Honorable Court the following:

### PARTIES

1) BERNICE NEAVE RIOS is a real person and the complainant in the suit who resides in Hidalgo County, McAllen, Texas and would not require service at this time.

2) Anthony J. Blinken as Secretary of the United States and the UNITED STATES DEPARTMENT OF STATE who is not a real person but a political subdivision of the United States of America and may be served by service on the Office of the Legal Adviser at The Executive Office, Office of Legal Adviser, Suite 5.600, 600 19th Street NW., Washington DC 20522 or wherever such agent, officer or designee may be found.

### JURISIDICTION AND VENUE

3) Jurisdiction is proper in this Court under, 8 U.S.C. Section 1503(a); 5 U.S.C. Section 704 as the issue presented here is a federal question as defined by "28 U.S.C. § 1331..." *Goffney v. Bank of Am., N.A.*, 897 F.Supp.2d 520 (S.D. Tex. 2012) and a remedy is provided under 28 U.S.C. Section 2201.

4) Venue is proper in the McAllen Division for the Southern District of Texas in that BERNICE NEAVE RIOS resides in McAllen, Texas as provided for under 8 U.S.C. Section 1503.

## BACKGROUND

5) BERNICE NEAVE RIOS was born July 4, 1978 in Harris County, City of Houston, Texas. (see attached birth certificate labeled Exhibit A)

6) BERNICE NEAVE RIOS is a citizen and national of the United States of America.

7) Mrs. RIOS has lived in the United States as citizen, has been educated in the United States and has lived her entire life as a United States Citizen. (see attached vaccination history as Exhibit B and Exhibit C school attendance documents)

8) She has lived for the better part of his life in the continental United States and is a fully acculturated citizen of the United States of America. (see Texas Driver's license and voter registration cared attached and labeled Exhibit D)

9) On or about July of 2010 BERNICE NEAVE RIOS July 8, 2010 applied and did not obtained a United State passport based on his United States citizenship. (see Exhibit E attached copy of passport processing letter dated July 8, 2010)

10) It is uncertain whether the UNITED STATES DEPARTMENT OF STATE has taken a final administrative action taken in the instant case as the Department requested additional information, but the BERNICE NEAVE RIOS has not received an expressed denial of her passport application.

11) On or about September 14, 2010, in furtherance of her application for a passport BERNICE NEAVE RIOS responded with sworn statement regarding not having received

a response to her requested passport. (see attached Exhibit F being the sworn statement of BERNICE NEAVE RIOS)

12) As a result, BERNICE NEAVE RIOS has been deprived of her citizenship rights and such deprivation of rights is actionable under 8 U.S.C. Section 1503(a) and 5 U.S.C. Section 704.

## 8 U.S.C. Section 1503(a)

13) BERNICE NEAVE RIOS has standing as a United States citizen to bring the foregoing cause of action as provided under 8 U.S.C. Section 1503(a).

14) Five years have not passed since the denial of BERNICE NEAVE RIOS's passport.

15) Under Title 28 U.S.C. Section 2201 BERNICE NEAVE RIOS seeks a judicial declaration of her citizenship.

## 5 U.S.C. Section 704

16) BERNICE NEAVE RIOS has standing as a United States citizen to bring the forgoing action under 5 U.S.C Section 704 as she complains of the last administrative action of the UNITED STATES DEPARTMENT OF STATE.

17) The UNITED STATES DEPARTMENT OF STATE took its last administrative action against BERNICE NEAVE RIOS after the application denial, and this has resulted in a wrongfully processing of her passport application.

18) The final administrative action as defined under 5 U.S.C. Section 704 has occurred and BERNICE NEAVE RIOS has standing to pursue the instant relief.

19) Should the court find that there are no other adequate remedies for judicial review the complainant pleads the 5 U.S.C. Section 704 action in the alternative.

## PRAYER

WHEREFORE the complainant BERNICE NEAVE RIOS seeks a judicial declaration as provided for and pled herein and moves for any other equitable relief the Court in its jurisdiction may confer upon him.

        Respectfully Submitted,

/s/ Fabian Guerrero
FABIAN GUERRERO
Federal I.D. No. 19988
State Bar No. 00795397
Law Office of Fabian Guerrero
3900 West Expressway 83
McAllen, Texas 78501
Telephone: 956 627-4878
Facsimile: 956 322-8213
fabianlaw@sbcglobal.net
ATTORNEY FOR BERNICE NEAVE RIOS